UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL BROADNAX,

    Plaintiff,

v.

NANCY A BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

CASE NO. 3:18-CV-05037-DWC

ORDER DIRECTING PLAINTIFF TO PROVIDE PROOF OF SERVICE

Plaintiff Michael Broadnax initiated this Social Security action on January 17, 2018. Dkt. 1. Summonses were electronically issued on January 19, 2018. Dkt. 4. On March 26, 2018, Defendant filed the Administrative Record-Answer. Dkt. 7. Plaintiff, however, failed to provide the Court with proof of service. Pursuant to Federal Rule of Civil Procedure 4(*l*)(1), "proof of service must be made to the court. . . . [P]roof must be by the server's affidavit." The Court orders Plaintiff to comply with Rule 4(*l*)(1) and provide proof of service of the Complaint to the Court on or before April 2, 2018. Plaintiff's counsel may file a declaration showing service was perfected.

Dated this 26th day of March, 2018.

David W. Christel
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO PROVIDE
PROOF OF SERVICE - 1